IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE HUDSON : | |
|   *AS ADMINISTRATOR OF THE ESTATE* : | |
|   *OF SHAKEYA JUANITA KENNEDY HUDSON* : | |
| and JUANITA BRANCH : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 20-5252 |
| COLUMBIAN LIFE INSURANCE COMPANY : | |

## O R D E R

**AND NOW**, this 6th day of July 2021, upon consideration of Defendant Columbia Life Insurance Company's Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF No. 15) and Plaintiffs' Opposition to Defendant's Motion (ECF No. 17), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

                                                  BY THE COURT:

                                                  */s/ R. Barclay Surrick*
                                                  **R. BARCLAY SURRICK, J.**